IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                                 Criminal Action No.
                                                       23-00265-01-CR-W-HFS

CHRISTOPHER R.P. BEAMAN,

    Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:    Count One:    Possession with Intent to Distribute Methamphetamine, *in violation of* 21 U.S.C. §§ 841(a)(1), (b)(1)(B)

                                    Count Two:    Possession of a Firearm in Furtherance of a Drug Trafficking Offense, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)

                                    Count Three:    Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
    Government: Trey Alford; a paralegal will assist
        Case Agent:    Independence, Missouri Police Department Detective Steve Cook
    Defense:     Lesley Smith; Investigator Kendra Jackson will assist

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   None

**TRIAL WITNESSES**:
    Government:   7 with stipulations; 10 without stipulations
    Defense:   less than 2 additional witnesses; Defendant may testify

**TRIAL EXHIBITS**:
    Government:   50 exhibits
    Defense:   10 additional exhibits

**DEFENSES**:
      ( x )   defense of general denial
      (   )   defenses of general denial and _____

**POSSIBLE DISPOSITION**:
      (  ) Definitely for trial               (  ) Possibly for trial
      (  ) Motion to continue to be filed   ( x ) Likely a plea will be worked out

**TRIAL TIME**:  **2 ½ days**
    Government's case including jury selection:   2 days
    Defense case:  ½ day

**STIPULATIONS**:
      (  )   not likely
      (  )   not appropriate
      ( x )   likely as to:
            (  )   chain of custody
            (  )   chemist's reports
            ( x )   prior felony conviction
            ( x )   interstate nexus of firearm
            (  )   other: _____

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government:  November 18, 2024
    Defense:   November 18, 2024
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**:   November 18, 2024
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**:   November 18, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing December 2, 2024
    **Please note**:  *Defense counsel has a scheduled proceeding with an out-of-town client on December 3, 2024.   Counsel for both parties have another case on the December docket, <u>USA v. Radcliffe</u>, 24-00231-01-CR-W-HFS.*

**OTHER**:
    (  )   A _____-speaking interpreter is required.
    (  )   Other assistive devices: _____

**IT IS SO ORDERED.**

/s/ Jill A. Morris
JILL A. MORRIS
United States Magistrate Judge

3

Case 4:23-cr-00265-HFS     Document 23     Filed 11/14/24     Page 3 of 3